■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REX E. JORDAN, Appellant.—Appeal from a judgment of the County Court of Otsego County (Mogavero, Jr., J.), rendered April 10, 1989, convicting defendant upon his plea of guilty of the crimes of attempted sodomy in the first degree and burglary in the second degree.

Defendant contends that the concurrent prison sentences he received as a second felony offender of 5 to 10 years are harsh and excessive. We disagree. His plea was entered in full satisfaction of two multicount indictments. The sentences were well within the statutory guidelines *(see,* Penal Law § 70.04 [3] [b]) and were in accordance with the plea bargain. Under these circumstances, and given the nature of the crimes involved, we find no abuse of discretion by County Court in sentencing defendant *(see, People v Sinclair,* 150 AD2d 950; *People v Mackey,* 136 AD2d 780, *lv denied* 71 NY2d 899).

Weiss, P. J., Yesawich Jr., Crew III, Mahoney and Harvey, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH B. GREANY, Appellant.—Appeal from a judgment of the County Court of Madison County (O'Brien, III, J.), rendered August 14, 1985, convicting defendant upon his plea of guilty of the crime of criminal possession of marihuana in the third degree.

Upon review of the record in this case, we agree with defense counsel that there are no nonfrivolous issues which could be raised on this appeal. The judgment of conviction must therefore be affirmed and the application by defense counsel for leave to withdraw granted *(see, Anders v California,* 386 US 738; *People v Creeden,* 150 AD2d 887).

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Casey, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.